IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DIAMOND JENKINS-RAYBORN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:25-cv-02154-SHL-tmp |
| CREDIT CONTROL, LLC, | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's complaint (ECF No. 2), filed February 12, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 10), filed August 13, 2025, all of Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 14, 2025
Date